# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

Dwight Saint Aubon Edwards,                    Civil No. 13cv01134 MJD/JJK

      Petitioner,

v.                                                                          **ORDER**

Warden Pugh,

      Respondent.

_____

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated July 3, 2013.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1.        This action be **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 16, 2013

                            s/Michael J. Davis_____
                            MICHAEL J. DAVIS
                            United States District Chief Judge